JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PRINCESS TUCKER, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) <br> v. | 2:19-07200 FMO (ADS) |
| SAMY FARID, et al., <br><br> DEFENDANT(S) | ORDER RE REQUEST TO PROCEED <br> IN FORMA PAUPERIS |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____          _____
Date                                                           United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- [x] Inadequate showing of indigency
- [x] Legally and/or factually patently frivolous
- [ ] Other: _____
- [ ] District Court lacks jurisdiction
- [ ] Immunity as to _____

Comments:
On October 11, 2019, the Court issued an Order denying Plaintiff's Request to Proceed In Forma Pauperis and advising Plaintiff to pay the filing fees in full within 30 days or this case will be dismissed. [Dkt. No. 5]. As of the date of this Order, Plaintiff has not paid the filing fees or otherwise communicated with the Court concerning her case. Therefore, it is recommended that this case be dismissed immediately.

December 29, 2020                                        /s/ Autumn D. Spaeth
Date                                                              United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- [ ] GRANTED
- [x] DENIED (see comments above). IT IS FURTHER ORDERED that:
  - [ ] Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - [x] This case is hereby DISMISSED immediately.
  - [ ] This case is hereby REMANDED to state court.

1/4/2021                                                       *Fernando M. Olguin*
Date                                                              United States District Judge

CV-73 (08/16)                      ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*